during the relevant time period, defendant ISE or its agents failed to properly respond in New York to plaintiff's report of sexual abuse by defendant Preiss, such discovery could reveal acts or omissions which might provide a basis for venue in New York. Accordingly, defendants ISE and SMG are directed to produce the requested e-mail communications to, from and between those individuals and entities they deem to be their employees or agents between December 26, 2011 and December 28, 2011, concerning plaintiff's report to Ashley Pulsipher of December 23, 2011.

Dated: Central Islip, New York  **SO ORDERED:**
April 29, 2014

_____/s/_____
ARLENE ROSARIO LINDSAY
United States Magistrate Judge